| | |
|---|---|
| 1 | David S. Eisen (SBN 100623) |
| | Craig C. Hunter (SBN 71299) |
| 2 | WILSON, ELSER, MOSKOWITZ, |
| |    EDELMAN & DICKER LLP |
| 3 | 555 South Flower Street, Suite 2900 |
| | Los Angeles, California 90071 |
| 4 | Email:  david.eisen@wilsonelser.com |
| |           craig.hunter@wilsonelser.com |
| 5 | |
| 6 | Attorneys for Defendant, |
| | FOCUS RECEIVABLES MANAGEMENT, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRIE ZARAKOWSKI, Individually and On Behalf of All Others Similarly Situated, | Case No.: 2:14-CV-06262-FMO-JC |
| | Assigned for All Purposes to Honorable Fernando M. Olguin |
| Plaintiff, | |
| | **DEFENDANT'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES [FRCP 7.1; L.R. 7.1-1]** |
| v. | |
| FOCUS RECEIVABLES MANAGEMENT, LLC, and DOES 1 through 10, inclusive, and each of them, | |
| | Complaint: August 8, 2014 |
| Defendants. | Trial Date: Not Set |

Pursuant to Fed. R. Civ. P. Rule 7.1, the undersigned, counsel of record for Defendant FOCUS RECEIVABLES MANAGEMENT, LLC ("Defendant") hereby represents as follows:

1. Defendant is wholly owned by Focus Holding Company.

2. There are no publicly held corporations owning 10% or more of Defendant's stock.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendant, a non-governmental limited liability company, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These

1
DEFENDANT'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES [FRCP 7.1; L.R. 7.1-1]
USDC CDCA Case No.: 2:14-CV-06262-FMO-JC

2131298v.1

representations are made to enable the Court to evaluate possible disqualification or recusal:

    Focus Holding Company; and

    Navigators Insurance Company.

Date: October 22, 2014

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By:
/s/ David S. Eisen
    David S. Eisen
    Craig C. Hunter
    Attorneys for Defendant
    FOCUS RECEIVABLES MANAGEMENT, LLC

2
DEFENDANT'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES [FRCP 7.1; L.R. 7.1-1]
USDC CDCA Case No.: 2:14-CV-06262-FMO-JC

2131298v.1